UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYO O. ODUNSI,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. and SAFEWAY GROCERY STORES, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 3:18-cv-00541--MMD-WGC<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ayo O. Odunsi ("Plaintiff") and Defendant Safeway Inc. ("Defendant"), by and through their counsel of record, do hereby stipulate and agree to an extension of two (2) weeks to the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint and Jury Demand. Defendant's first responsive pleading is currently due on December 7, 2018, and the parties agree to an extension up to and including December 21, 2018.

///
///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:160766653.1 999999.2190

This Stipulation is made in good faith and not for purposes of delay.

Dated: December 5, 2018                    December 5, 2018

*/s/Debra M. Amens*                         */s/Sandra Ketner*
DEBRA M. AMENS, ESQ.                        Sandra Ketner
AMENS LAW, LTD.                             LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                     Attorneys for Defendant
AYO O. ODUNSI                               SAFEWAY INC.

**ORDER**

IT IS SO ORDERED.

December 6, 2018                            _____
                                            UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:160766653.1 999999.2190