# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF NEVADA

| | |
|---|---|
| AYO O. ODUNSI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; SAFEWAY GROCERY STORES; and, DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.　3:18-CV-00541-MMD-WGC<br>EEOC NO.　550-2018-00685<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND ORDER** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ayo O. Odunsi ("Plaintiff") and Defendant Safeway Inc. ("Defendant"), by and through their counsel of record, do hereby stipulate and agree to an extension of two (2) weeks to the deadline for Plaintiff to file an Opposition to Defendant's Motion to Dismiss. Plaintiff's Opposition is currently due on January 4, 2019, and the parties agree to an extension up to an including January 18, 2019.

///

///

///

///

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND ORDER - 1

This Stipulation is made in good faith and not for purposes of delay.

Dated: December 27, 2018                                   Dated: December 27, 2018

_____                          _____
Debra M. Amens, Esq.                                              Sandra Ketner, Esq.
AMENS LAW, Ltd.                                                    LITTLER MENDELSON, P.C.

Attorney for Plaintiff                                                  Attorneys for Defendant
AYO O. ODUNSI                                                       SAFEWAY, INC.

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 20___

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND ORDER - 2

# UNITED STATES DISTRICT COURT

### FOR THE

# DISTRICT OF NEVADA

AYO O. ODUNSI,

        Plaintiff,

vs.

SAFEWAY, INC.; SAFEWAY GROCERY STORES; and, DOES 1 through 100, inclusive,

        Defendants.

CASE NO. 3:18-CV-00541-MMD-WGC
EEOC NO. 550-2018-00685

**ORDER ON STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**

        Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ayo O. Odunsi ("Plaintiff") and Defendant Safeway Inc. ("Defendant"), have stipulated to an extension of two (2) weeks to the deadline for Plaintiff to file an Opposition to Defendant's Motion to Dismiss. Plaintiff's Opposition is due on January 4, 2019, and the parties agree to an extension up to an including January 18, 2019.

### **IT IS SO ORDERED**

        DATED this  2nd  day of  January , 20 19 .

        _____
        UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS - 1