1  SANDRA KETNER, ESQ., Bar # 8527
   LITTLER MENDELSON, P.C.
2  200 S. Virginia Street
   8th Floor
3  Reno, NV 89501.1944
   Telephone:   775.348.4888
4  Fax No.:     775.786.0127

5  Attorneys for Defendant
   SAFEWAY INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  AYO O. ODUNSI,

12            Plaintiff,              Case No. 3:18-cv-00541-MMD-WGC

13  vs.                              **STIPULATION TO EXTEND DEADLINE**
                                     **FOR DEFENDANT TO FILE ITS REPLY**
14  SAFEWAY, INC. and SAFEWAY        **IN SUPPORT OF MOTION TO DISMISS**
    GROCERY STORES,
15
              Defendants.
16

17         IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

18  that the deadline for Defendant to file its Reply in Support of Motion to Dismiss, be extended from

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

FIRMWIDE:161943060.1 001153.1703

Tuesday, January 22, 2019 to Friday, January 25, 2019.  The parties agree that this Stipulation for a

short extension of time is entered into in good faith and not for reason of delay.

Dated:  January 22, 2019                              January 22, 2019


/s/Debra Amens                                       /s/Sandra Ketner
Debra Amens                                          Sandra Ketner
AMENS LAW, LTD.                                      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                              Attorneys for Defendant
AYO O. ODUNSI                                        SAFEWAY INC.

                                                     **ORDER**

                                                     IT IS SO ORDERED.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

                                                     Dated this 22nd  day of  January  , 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

FIRMWIDE:161943060.1 001153.1703