1 SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
2 200 S. Virginia Street
8th Floor
3 Reno, NV 89501.1944
Telephone: 775.348.4888
4 Fax No.: 775.786.0127

5 Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYO O. ODUNSI,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. and SAFEWAY GROCERY STORES,<br><br>        Defendants. | Case No. 3:18-cv-00541-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:163319338.1 001153.1703

Each party will bear its own costs and attorneys' fees. All remaining parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: April 11, 2019					April 11, 2019


*/s/Debra Amens*						*/s/Sandra Ketner*
Debra Amens						Sandra Ketner
AMENS LAW, LTD.					LITTLER MENDELSON, P.C.

Attorneys for Plaintiff					Attorneys for Defendant
AYO O. ODUNSI					SAFEWAY INC.

                                             **ORDER**

                      IT IS SO ORDERED.

                      UNITED STATES DISTRICT JUDGE

                      Dated this 11th day of April, 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:163319338.1 001153.1703